IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROLANDO PADILLA, JR.,

     Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0051

Opinion filed August 25, 2016.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Rolando Padilla, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED. See Banks v. Jones, 41 Fla. L. Weekly D1584 (Fla. 1st DCA

July 12, 2016).

B.L. THOMAS and OSTERHAUS, JJ., CONCUR; WOLF, J., CONCURS WITH
OPINION.

WOLF, J., Concurring.

I concur because I am required to do so based on <u>Banks v. Jones</u>, 41 Fla. L. Weekly D1584 (Fla. 1st DCA July 12, 2016).